123 A.3d 1059

**Charles TALBERT, Petitioner**

v.

**Karen BRYANT, Respondent.**

**No. 103 EM 2015.**

Supreme Court of Pennsylvania.

Oct. 13, 2015.

## *ORDER*

PER CURIAM

**AND NOW,** this 13th day of October, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**